**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PATRICK AUGHNEY and SORAYA AUGHNEY,<br><br>      Debtors.<br>_____/ | No. C 11-00743 WHA |
| In re<br><br>CERTIFIED PARKING ATTENDANTS, LLC,<br><br>      Debtor.<br>_____/ | No. C 11-00744 WHA |
| JAMES ROBERT MORTLAND III, JOHN CURRY, MONROE TIMOTHY SONNENBERG, ROBERT SONNENBERG, TYLER JENSEN, RYAN WALKER, and SEAN WALKER,<br><br>      Appellants.<br><br>   v.<br><br>PATRICK J. AUGHNEY AND SORAYA AUGHNEY,<br><br>      Appellees.<br>_____/ | No. C 11-00746 JSW |
| JAMES ROBERT MORTLAND III, JOHN CURRY, MONROE TIMOTHY SONNENBERG, ROBERT SONNENBERG, TYLER JENSEN, RYAN WALKER, and SEAN WALKER,<br><br>      Appellants.<br><br>   v.<br><br>CERTIFIED PARKING ATTENDANTS, LLC,<br><br>      Appellees.<br>_____/ | No. C 110-00747 JSW<br><br><br><br><br><br><br><br>Chapter 13 Case No. 10-12666AJ<br>Chapter 11 Case No. 10-12513<br><br>**ORDER TO<br>SHOW CAUSE** |

On March 8, appellants filed a motion to consolidate the four captioned cases. These actions seek review of decisions made in a Chapter 11 and a Chapter 13 bankruptcy proceeding. Appellants represent that "[i]n the bankruptcy court, both actions were heard by the same judge, followed the same legal and procedural posture, and were decided in decisions that rested on identical legal reasoning" (Br. 2). Specifically, appellants state that "the underlying issue in these cases concern the applicability of the class certification process in bankruptcy" [*sic*] (Br. 4).

Of the four captioned actions, the one with the lowest case number is assigned to the undersigned judge. Any party opposing relation and consolidation of these cases is hereby **ORDERED TO SHOW CAUSE** why they should not be consolidated. Responses to this order must be filed by Noon on **MARCH 17, 2011**. Appellants shall serve a copy of this order on appellees.

**IT IS SO ORDERED.**

Dated: March 10, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2